**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | | |
|---|---|---|---|
| IN RE: | § | | |
| **EDDIE BARNETT BUCKLES** | § | CASE NO. | **24-11333-CGB** |
| | § | | |
| **DEBTOR** | § | CHAPTER 13 | |

### CHAPTER 13 TRUSTEE'S OBJECTION TO CONFIRMATION OF PROPOSED CHAPTER 13 PLAN

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

Deborah B. Langehennig, Chapter 13 Trustee, files this *Objection to Confirmation of Proposed Chapter 13* Plan and asserts that the Debtor's proposed Plan does not meet the requirements of 11 U.S.C. § 1325(a) and/or § 1325(b) and respectfully shows the Court the following:

**I.**

The Debtor has not provided the documents requested by the Trustee.

**II.**

Due to the large number of unreasonable and unnecessary expenses, the Debtor's plan does not provide for full receipt of all projected disposable income

### REQUEST FOR RELIEF

The Trustee requests that this case be dismissed.

Respectfully submitted,

/s/ Deborah B. Langehennig
Deborah B. Langehennig, Chapter 13 Trustee
PO Box 91419
Austin, Texas 78709
(512) 912-0305 Telephone

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

IN RE:

**EDDIE BARNETT BUCKLES**  CASE NO.  24-11333-CGB

**DEBTOR**  CHAPTER 13

## CERTIFICATE OF SERVICE

I, Deborah B. Langehennig, certify that a true and correct copy of the Chapter 13 Trustee's Objection to Confirmation of Proposed Chapter 13 Plan has been mailed by US Mail (unless otherwise noted below) to the Debtor and the Debtor's Attorney of Record, and the parties entitled to or requesting service on 1/17/2025.

KANNON MOORE LAW
7500 RIALTO BLVD
1-250
AUSTIN, TX  78735
(SERVED ELECTRONICALLY)

EDDIE BARNETT BUCKLES
8806 TOWANA TRAIL
AUSTIN, TX  78736
(ELECTRONIC SERVICE VIA EMAIL BASED ON WRITTEN CONSENT)

U.S. TRUSTEE
903 SAN JACINTO, SUITE 230
AUSTIN, TX 78701
(SERVED ELECTRONICALLY)

Respectfully submitted,

/s/  Deborah B. Langehennig

Deborah B. Langehennig
P.O. Box 91419
Austin, TX  78709